**CLARK GULDIN**
Attorneys At Law
20 Church Street – Suite 15
Montclair, New Jersey 07042
(973) 707-5346 (ph)
(973) 707-7631 (fax)
*Attorneys for Defendant Paragon Design Corp.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO BRUM, BRIANNA BULSKI, KJERSTI FARET, SARA M. LYONS, MARISA RAVEL, AND KATIE THIERJUNG,<br>     Plaintiffs,<br><br>vs.<br><br>PARAGON DESIGN CORP., STEVEN MADDEN, LTD., AND ZULILY LLC,<br><br>     Defendants. | ELECTRONICALLY FILED<br><br><br>Civil Action No. 18-cv-05399<br>(JMF/KNF)<br><br>**DECLARATION OF JAE KIM** |

**I, JAE KIM**, hereby declare:

1. I am the President of Paragon Design Corp. In that capacity, I attended the settlement conference with Judge Fox on October 24, 2018.

2. During the discussion held in Judge Fox's conference room, plaintiff's counsel, Mr. Gerber, stated that he had proof the sales figures Paragon had presented through its attorney, Mr. Skolnik, were false.

3. When Mr. Skolnik asked Mr. Gerber to address comments to him, Mr. Gerber refused. He insisted he wanted me to hear what he had to say and he continued to stare directly at me during the rest of his comments.

4. As soon as we left the courthouse I asked Mr. Skolnik in person — and repeated my question in an email to Mr. Skolnik that evening — what "proof" Mr. Gerber might have, since I had been assured Paragon's sales figures were correct.

5. I was very upset that I had been called a liar in front of a judge. I was also worried that if Mr. Gerber actually had such proof, there was something very wrong with my company's internal system for record-keeping about sales, or that one of my employees might have engaged in wrongdoing.

6. I asked Mr. Skolnik to find out about such "proof" before I signed a settlement agreement based on the accuracy of Paragon's sales figures, and he assured me he would speak to Mr. Gerber to get to the bottom of this.

### DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true.

_____
Jae Kim

Dated: November 10, 2018